JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BOURBAN, an individual, | Case No. CV 20-3376-MWF(PJWx) |
| Plaintiff, | (Honorable Michael W. Fitzgerald) |
| vs. | **JUDGMENT PER FRCP 58** |
| AXA EQUITABLE LIFE INSURANCE COMPANY, and DOES 1 through 10,s | |
| Defendants. | |

1

# JUDGMENT

Having granted Defendant AXA Equitable Life Insurance Company's ("AXA Equitable") Motion for Partial Summary Judgment (the "Motion") as to Plaintiff Roger Bourban's ("Plaintiff") Second Claim for Relief for Breach of the Implied Covenant of Good Faith and Fair Dealing and Plaintiff's prayer for punitive damages by Order dated January 5, 2023 (Dkt#75), and having subsequently granted the Parties' Stipulation to Dismiss Plaintiff's First Claim for Relief for Breach of Contract with prejudice (Dkt#77), the court HEREBY ORDERS, DECREES, AND ADJUDICATES as follows:

Judgment is entered in favor of AXA Equitable and against Plaintiff consistent with the Court's January 5, 2023 Order (Dkt#75). Plaintiff shall take nothing by way of his Complaint against AXA Equitable, and AXA Equitable is entitled to seek costs under Rule 54(d).

IT IS SO ORDERED.

Dated: March 14, 2023

MICHAEL W. FITZGERALD
United States District Judge

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 301 North Cañon Drive, Suite 200, Beverly Hills, California 90210.

On March 13, 2023, I served the foregoing document described as **[PROPOSED] JUDGMENT PER FRCP 58** on all interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

(See Attached Service List)

[] BY MAIL  I caused such envelope to be deposited in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[] BY PERSONAL SERVICE  I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[] BY OVERNIGHT MAIL/COURIER  To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[] BY ELECTRONIC MAIL  By transmitting via electronic mail on or before 5:00 p.m. the document(s) listed above to each of the person(s) set forth below.

[X]  BY CM/ECF ELECTRONIC DELIVERY:  In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on March 13, 2023, at Beverly Hills, California.

Belinda DesJardins

## SERVICE LIST

Misty A. Murray, Esq.
Ophir Johna, Esq.
MAYNARD, COOPER AND GALE
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 596-4377
Facsimile: (213) 614-7399
E-Mail: misty_murray@maynardcooper.com
OJohna@maynardcooper.com
CC: Leanna Borys
lborys@maynardcooper.com
*Attorneys for Defendant AXA Equitable Life Insurance Company*